# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAS VEGAS APARTMENT LENDERS, LLC, <br><br>            Plaintiff, <br><br>     vs. <br><br> MOULIN ROUGE PROPERTIES LLC, et al., <br><br>            Defendants. | 2:09-CV-02117-PMP-RJJ <br><br> **ORDER** |

Default having been entered in this case in March 2010, and there appearing to be no other matters pending,

**IT IS ORDERED that** this action is hereby DISMISSED.

DATED: March 16, 2011.

_____
PHILIP M. PRO
United States District Judge