# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| LAS VEGAS APARTMENT LENDERS, LLC, | ) ) ) | 2:09-CV-02117-PMP-RJJ |
| | ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| MOULIN ROUGE PROPERTIES LLC,   et al., | ) ) ) | |
| Defendants. | ) ) | |

  **IT IS ORDERED that** Plaintiff's Motion to Reopen Case for the Sole Purpose of Issuing a Default Judgment and Motion for Default Judgment (Docs. #25 & #26) filed August 19, 2011 are **GRANTED**.

  **IT IS FURTHER ORDERED** that Plaintiff shall have to and including **September 19, 2011** within which to submit a proposed form of default judgment for entry by the Court.

DATED: September 6, 2011.

_____
PHILIP M. PRO
United States District Judge